**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

**ORDER**

Appellate case name: Juan Enriquez v. Ahmed A. Morsy

Appellate case number: 01-18-00877-CV

Trial court case number: 18-CV-0884

Trial court: 10th District Court of Galveston County

Appellant, Juan Enriquez, has filed a "Motion for Leave to Proceed In Forma Pauperis," with his "Unsworn Declaration of Previous Filings." He also has submitted a certified copy of his trust account statement. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 14.004, 14.006(f) (Vernon 2017). And, appellant filed, in the trial court proceeding, his "Unsworn Declaration of Inability to Pay." *See* TEX. R. CIV. P. 145(a), (b), (d). The clerk's record does not reflect that any order requiring appellant to pay costs was signed. *See id.* 145(f). Appellant's motion is **granted**.

The Clerk of this Court is directed to make an entry in this Court's records that appellant is allowed to proceed on appeal without payment of fees charged by the trial court clerk or court reporter for preparation of the appellate record, or filing fees charged by this Court.[1] *See* TEX. R. CIV. P. 145(a), (c); TEX. R. APP. P. 20.1.

It is so ORDERED.

Judge's signature: ___/s/ Terry Jennings_____
x Acting individually     ☐ Acting for the Court

Date: __December 20, 2018____

---

[1] We note the clerk's record was filed in this Court on October 29, 2018, and the court reporter has notified the Clerk of this Court that there is not a reporter's record.

1